MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Sullivan**     (JAD)/TPA/CMB/GLT

Case Number: **19-20802**

Date of Meeting: **7/22/19**     Recording # **14**

Debtor(s) present **✓** or Not Present ___ (**✓** No Payments Made or ___ partial payments)

Attorney for debtor(s) ~~Lampl~~ **Cooney** (Present **✓** or Not Present ___)

Date of Plan at § 341: **3-29-19**     Applicable commitment period ___ 3 yrs **✓** 5 yrs

extensions on 2017 and 2018 tax returns

Continue to pre bar conciliation for payments and status of sale

341 open for tax returns, payment.

[FILED 2019 JUL 24 AM 9:50 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
___ 341 Meeting OR **✓** Conciliation Conf. OR ___ *Contested Hearing
On **8-29-19** at **1:00** am/pm Location _____

_Kate Bi Sim_
Chapter 13 Trustee/Attorney for Trustee