IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: | : |
| DENNIS T. SULLIVAN | : BK. No. 19-20802-JAD |
| Debtor | : |
| | : Chapter No. 13 |
| JPMORGAN CHASE BANK, N.A. | : |
| Movant | : Related to Document No. 31 |
| v. | : |
| DENNIS T. SULLIVAN | : Hearing Date: 08/21/2019 |
| MARIAN F. SULLIVAN (Non-filing Co-Debtor) | : |
| and | : Hearing Time: 10:00 a.m. |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : |
| Respondents | : Objection Date: 08/02/2019 |

## ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

AND NOW, this 21st day of August, 2019, upon Motion of **JPMORGAN CHASE BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further;

*effective October 1, 2019*

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 111 NORTHBROOK DRIVE, GIBSONIA, PA 15044 NKA 111 NORTHBROOK DRIVE, GIBSONIA, PA 15004 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **JPMORGAN CHASE BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

_____
JEFFERY A. DELLER, BANKRUPTCY JUDGE

FILED
8/21/19 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA